# CASE ANNOUNCEMENTS

*May 5, 2008*

[Cite as *05/05/2008 Case Announcements #2,* 2008-Ohio-2151.]

## MOTION AND PROCEDURAL RULINGS

2007–1427. **State v. Ferguson.**
Cuyahoga App. No. 88450, 2007-Ohio-2777. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion to reverse and remand without hearing,

It is ordered by the court that the motion is denied.

## CASE ANNOUNCEMENTS

*May 6, 2008*

[Cite as *05/06/2008 Case Announcements,* 2008-Ohio-2152.]

## MOTION AND PROCEDURAL RULINGS